AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

PEDRO CHICLANA BARROS

*Plaintiff(s)*

v.

GROUNDUP LEVELING LLC, and MARCUS R. CERVETTO, Individually

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GROUNDUP LEVELING LLC
c/o Marcus R. Cervetto, as Registered Agent
9640 Mulberry Marsh Ln.
Sun City Center, Florida 33573 .

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Miguel Bouzas, Esquire
FLORIN GRAY
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*